# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

J.C. PENNEY CORPORATION, INC., A DELAWARE CORPORATION,

        Petitioner

        v.

BUTTERFLI HOLDINGS 011 LLC, WILLIAM G. MCCONNELL, IN HIS CAPACITY AS TRUSTEE OF THE WILLIAM G. MCCONNELL FUNDED REVOCABLE TRUST AGREEMENT, DATED FEBRUARY 1, 2000, EUGENIA F. MCCONNELL, IN HER CAPACITY AS TRUSTEE OF THE EUGENIA F. MCCONNELL FUNDED REVOCABLE TRUST AGREEMENT, DATED FEBRUARY 1, 2000, G. THOMAS MCCONNELL AND CHARLENE S. MCCONNELL, HIS WIFE, MARY ELEANOR MILHEIM AND IRVINE G. MILHEIM, HER HUSBAND, MARTHA M. BEEZER AND GENE BEEZER, HER HUSBAND, WILLIAM G. MCCONNELL, JR., AND JENNIFER S. MCCONNELL, HIS WIFE, ANNE M. SHANNON AND MICHAEL R. SHANNON, HER HUSBAND, JOHN C. MCCONNELL AND SHANNON K. MCCONNELL, HIS WIFE, CATHERINE M. METTENBURG AND JOSEPH M. METTENBURG, HER HUSBAND, TERRENCE C. MCCONNELL, CYNTHIA M. ANDREYKO AND GREGORY M. ANDREYKO, HER HUSBAND, CATHLEEN L. HERBERGER AND TIMOTHY F. HERBERGER, HER HUSBAND, MATTHEW B. MCCONNELL AND ANGELA M. MCCONNELL, HIS WIFE, MATTHEW B. MCCONNELL, IN HIS CAPACITY AS TRUSTEE OF THE MCCONNELL FARMS REVOCABLE TRUST, DATED DECEMBER 11, 2017,

No. 189 WAL 2023

Petition for Allowance of Appeal from the Order of the Superior Court

STEPHEN G. MILHEIM, IN HIS CAPACITY :
AS TRUSTEE OF THE STEPHEN G. :
MILHEIM REVOCABLE TRUST, DATED :
JULY 11, 2013, WILLIAM G. MILHEIM AND :
JACQUELINE B. MILHEIM, HIS WIFE, :
ANNA MARIE MILHEIM, GEORGE H. :
MILHEIM, MARY MICHELE MILHEIM, :
HANNAH LEE MILHEIM, REBECCA B. :
SMITH, AND WILLIAM D. SMITH, HER :
HUSBAND, DAVID G. BEEZER AND :
SHANNON BEEZER, HIS WIFE, JOHANNA :
ELEANOR GIBSON AND JOHN RYAN :
GIBSON, HER HUSBAND, :
:
          Respondents :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 13th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.